UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Jessica T. Devin,

            Plaintiff,                    Civil No. 04-4555 (RHK/AJB)

vs.                                  **O R D E R**

Schwan's Home Service, Inc.,

            Defendant.
_____

Defendant has filed timely Objections to the May 20, 2005 Report and Recommendation (R&R) of Magistrate Judge Arthur J. Boylan, in which it is recommended that Defendant's Second Amended Motion to Dismiss be denied. The undersigned's de novo review of the objected to portions of the R&R demonstrates that Judge Boylan's proposed disposition is supported by the factual record before him and applicable legal principles. Accordingly, and for the reasons set forth by Judge Boylan, **IT IS ORDERED**:

    1. Defendant's Objections (Doc. No. 54) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 53) is **ADOPTED**; and

    3. Defendant's Revised Second Amended Motion to Dismiss (Doc. No. 40) is **DENIED**.

Dated: July 5, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge